Electronically Filed - St Louis County - July 08, 2020 - 11:41 AM

**20SL-CC03552**

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
STATE OF MISSOURI

Michael Curia, )
                     )
       Plaintiff, )
                     )           Cause No.
                     )
v.                           )
                     )
Amisure Insurance Company, )
                     )         PERSONAL INJURY
SERVE:  Chlora Lindley-Myers )         JURY TRIAL DEMANDED
           Director of Insurance )
           301 W. High Street, #530 )
           Jefferson City, Missouri 65101 )
                     )
       Defendant. )

## PETITION

       Comes Now Plaintiff Michael Curia, by and through his attorneys, Scott L. Kolker and Kolker & Labovitz, for his claim against Defendant, states as follows:

       1.      At all times pertinent herein, westbound MO Highway 100, at or near its intersection with Henry Avenue, was an open and public street and highway located in the County of St. Louis, State of Missouri.

       2.      On or about June 10, 2016, Plaintiff Michael Curia was operating his vehicle westbound on Missouri Highway 100, at or near its intersection with Henry Avenue, when his vehicle was negligently and violently crashed into from the rear by a motor vehicle being then and here operated by Christopher Harms.

       3.      Christopher Harms was negligent and failed to exercise the highest degree of care in one or more of the following respects:

               a.      Christopher Harms drove at an excessive speed;

               b.      Christopher Harms knew or, by the use of the highest degree of care, could have known that there was a reasonable likelihood of collision in time thereafter to have stopped, or swerved, or slackened speed, or sounded a warning, or slackened speed and swerved, or slackened speed and sounded a warning, or swerved and sounded a warning, but the Christopher Harms failed to do so;

1

Exhibit A

Electronically Filed - St Louis County - July 08, 2020 - 11:41 AM

c.  Christopher Harms failed to keep a careful lookout;

d.  Christopher Harms was following the vehicle being operated by Plaintiff too closely;

e.  Christopher Harms vehicle collided with the rear of the vehicle being operated by Plaintiff.

4.  At all times pertinent herein, Defendant was an insurance company and corporation with authority to sue and be sued.

5.  Defendant issued a policy or policies of insurance which covered Plaintiff Michael Curia which were in full force and effect at the time of the occurrence mentioned herein.

6.  At all pertinent times mentioned herein, Michael Curia was an insured thereunder and said policy and motor vehicle liability insurance provided underinsured motorist coverage to Plaintiff Michael Curia.

7.  Plaintiff Michael Curia settled his claim against Christopher Harms for the limits of his automobile insurance policy but Michael Curia has incurred damages in excess of said policy limits.

8.  Plaintiff Michael Curia has complied with all conditions precedent under the above-referenced policy issued by Defendant.

9.  The negligence of Christopher Harms directly caused or directly contributed to cause Plaintiff Michael Curia to sustain injuries to his back and neck including surgery; medical and other health care related expenses have been incurred in the approximate amount of $271,000.00 in connection with said injury and Plaintiff will in the future incur additional medical care and services; all of the aforesaid injuries are permanent and progressive and greatly interfere with Plaintiff Michael Curia's ability to do his work and duties and engage in this

{494894 / 110056}2

Electronically Filed - St Louis County - July 08, 2020 - 11:41 AM

employment and enjoy life and he has lost wages and earnings and in the future will lose wages and earnings, he has and will continue to suffer pain and discomfort.

10.     Plaintiff Michael Curia is entitled to additional damages pursuant to Mo.Rev. Stat. §375.420 in that:

a.     Plaintiff was insured under a policy of insurance with Defendant;

b.     Defendant refused to pay Plaintiff his damages under said policy; and

c.     Such refusal was without reasonable cause or excuse.

WHEREFORE, Plaintiff Michael Curia prays judgment against Defendant for such sums as are fair and reasonable under the circumstances, in an amount in excess of the jurisdictional limits of all inferior trial courts, court costs expended herein, together with additional statutory damages and for such other relief as may be appropriate under the circumstances.

Respectfully submitted,

KOLKER & LABOVITZ

By: */s/ Scott L. Kolker*
SCOTT L. KOLKER,  #44161
7700 Bonhomme Avenue, Suite 350
Clayton, Missouri  63105
(314) 727-4529 Telephone
(314) 727-8529 Facsimile
Attorney for Plaintiff

494894 / 110050

Electronically Filed - St Louis County - July 08, 2020 - 11:41 AM

**20SL-CC03552**

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
STATE OF MISSOURI

Michael Curia,

      Plaintiff,

v.

Amisure Insurance Company,

SERVE:  Chlora Lindley-Myers
          Director of Insurance
          301 W. High Street, #530
          Jefferson City, Missouri  65101

      Defendant.

Cause No.

PERSONAL INJURY
JURY TRIAL DEMANDED

## MEMORANDUM FOR CLERK

Enclosed please find, for filing on behalf of Plaintiff:

1.    $105.50 Filing Fee and $36.00 Summons Fee
2.    Plaintiff's Petition

SUMMONS ORDERED TO ISSUE for service upon defendant.

SERVE:  Chlora Lindley-Myers
          Director of Insurance
          301 W. High Street, #530
          Jefferson City, Missouri  65101

PLAINTIFF REQUESTS THAT SUMMONS BE RETURNED TO ATTORNEY
FOR PLAINTIFF FOR FORWARDING TO THE SHERIFF OF COLE COUNTY FOR
SERVICE UPON DEFENDANT.

Respectfully submitted,
KOLKER & LABOVITZ

*/s/Scott L. Kolker*
SCOTT L. KOLKER, #44161
7700 Bonhomme, Ste. 350
Clayton, Missouri 63105
(314) 727-4529 Telephone
(314) 727-8529 Facsimile

{494894 / 110056}1

**Exhibit A**



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>JOSEPH SHOCKLEE DUEKER | Case Number:  20SL-CC03552 |
|---|---|
| Plaintiff/Petitioner:<br>MICHAEL CURIA<br><br><br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>SCOTT LEE KOLKER<br>7700 BONHOMME<br>STE 350<br>CLAYTON, MO  63105 |
| Defendant/Respondent:<br> AMISURE INSURANCE COMPANY | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 |
| Nature of Suit:<br>CC Pers Injury-Vehicular | |

(Date File Stamp)

## Summons in Civil Case

**The State of Missouri to:  AMISURE INSURANCE COMPANY**
**Alias:**

**R/A CHLORA LINDLEY MYERS**
**301 W. HIGH STREET, ROOM 530**
**JEFFERSON CITY, MO  65101**

*COURT SEAL OF*



*ST. LOUIS COUNTY*

   **You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**
   **SPECIAL NEEDS:  If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

<u>08-JUL-2020</u>
**Date**
                     **Clerk**

**Further Information:**
**MG**

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with
_____ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_____ (name) _____(title).
☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____   _____
  Printed Name of Sheriff or Server         Signature of Sheriff or Server
      **Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*    Subscribed and sworn to before me on _____ (date).

     My commission expires: _____  _____
                Date           Notary Public

Exhibit A

**Sheriff's Fees, if applicable**

| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

Exhibit A

**THE CIRCUIT COURT OF ST.  LOUIS COUNTY, MISSOURI**

Twenty First Judicial Circuit

**NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES**

<u>**Purpose of Notice**</u>

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place.  This is often true even when the parties initially believe that settlement is not possible.   A settlement reduces the expense and inconvenience of litigation.  It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost.  Often such services are most effective in reducing costs if used early in the course of a lawsuit.  Your attorney can aid you in deciding whether and when such services would be helpful in your case.

<u>**Your Rights and Obligations in Court Are Not Affected By This Notice**</u>

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so.  In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below.   These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended.   Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not.  **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

<u>**Alternative Dispute Resolution Procedures**</u>

There are several procedures designed to help parties settle lawsuits.  Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party.  The services are provided by individuals and organizations who may charge a fee for this help.  Some of the recognized alternative dispute resolutions procedures are:

**(1)** <u>**Advisory Arbitration:**</u> A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case.  The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit.  An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties.  The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2)** <u>**Mediation:**</u> A process in which a neutral third party facilitates communication between the parties to promote settlement.  An effective mediator may offer solutions that have not been considered by the parties or their lawyers.  A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

Exhibit A

**(3) Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator.  The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions.  While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations.  The neutral third party may issue an advisory opinion regarding the merits of the case.  The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations.  A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed.  After the "trial", the jurors retire to deliberate and then deliver an advisory verdict.  The verdict then becomes the starting point for settlement negotiations among the parties.

## Selecting an Alternative Dispute Resolution Procedure and a Neutral

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral.  As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals.  The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list.  The Circuit Clerk also has Neutral Qualifications Forms on file.  These forms have been submitted by the neutrals on the list and provide information on their background and expertise.  They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105.  The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral.  The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73

Exhibit A

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
STATE OF MISSOURI

Michael Curia,                          )
                                        )
        Plaintiff,                      )
                                        )        Cause No. 20SL-CC03552
v.                                      )
                                        )
Amerisure Insurance Company,            )
                                        )
        Defendant.                      )

## AMENDMENT BY INTERLINEATION

COMES NOW Plaintiff Michael Curia, by and through his attorneys Scott L. Kolker

and Kolker & Labovitz and amends by interlineation any reference to Defendant within the

Petition to "Amerisure Insurance Company". The Petition incorrectly spells Defendant's name

in the caption.

Respectfully submitted,
KOLKER & LABOVITZ

/s/Scott L. Kolker
SCOTT L. KOLKER, #44161
7700 Bonhomme, Ste. 350
Clayton, Missouri 63105
(314) 727-4529 Telephone
(314) 727-8529 Facsimile

{494894 / 110056}1

Electronically Filed - St Louis County - July 14, 2020 - 09:51 AM

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
STATE OF MISSOURI

Michael Curia,                          )
                                        )
        Plaintiff,                      )
                                        )        Cause No. 20SL-CC03552
v.                                      )
                                        )
Amerisure Insurance Company,            )
                                        )
        Defendant.                      )

## APPLICATION FOR CHANGE OF JUDGE

Comes Now Plaintiff, pursuant to Rule 51.05 of the Missouri Rules of Civil Procedure,

and requests a change of judge removing this case from the docket of Judge Joseph Shocklee

Dueker.

Respectfully submitted,
KOLKER & LABOVITZ

*/s/Scott L. Kolker*
SCOTT L. KOLKER, #44161
7700 Bonhomme, Ste. 350
Clayton, Missouri 63105
(314) 727-4529 Telephone
(314) 727-8529 Facsimile

{494894 / 110056}1

**Exhibit A**

Electronically Filed - St Louis County - July 14, 2020 - 09:51 AM

**SO ORDERED:**

*[signature]*
Judge          Division 4
July 28, 2020

IN THE CIRCUIT COURT OF ST
STATE OF MISSO

Michael Curia,                          )
                                        )
        Plaintiff,                      )
                                        )
v.                                      )   Cause No. 20SL-CC03552
                                        )
Amerisure Insurance Company,            )
                                        )
        Defendant.                      )

### APPLICATION FOR CHANGE OF JUDGE

Comes Now Plaintiff, pursuant to Rule 51.05 of the Missouri Rules of Civil Procedure,

and requests a change of judge removing this case from the docket of Judge Joseph Shocklee

Dueker.

Respectfully submitted,
KOLKER & LABOVITZ

*/s/Scott L. Kolker*
SCOTT L. KOLKER, #44161
7700 Bonhomme, Ste. 350
Clayton, Missouri 63105
(314) 727-4529 Telephone
(314) 727-8529 Facsimile

{494894 / 110056}1

**Exhibit A**

In the

# CIRCUIT COURT
## Of St. Louis County, Missouri



**FILED**
**7/30/2020**
**JOAN M. GILMER**
**CIRCUIT CLERK**
**ST. LOUIS COUNTY**

MICHAEL CURIA
Plaintiff

July 30, 2020
Date

vs.

20SL-CC03552
Case Number

AMISURE INSURANCE COMPANY
Defendant

DIV14
Division

# CASE ASSIGNMENT MEMO

_____  **ASSIGNMENT TO ASSOCIATE CIRCUIT JUDGE**
Pursuant to Local Rule 6.1, case __ assigned __ reassigned to Division   for hearing and determination on the record under practices and procedures applicable before Circuit Judges; record to be made by electronic recording device.

_____  **POST CONVICTION RELIEF MOTION**
Pursuant to Local Rule 67.7, case __ assigned   __ reassigned to Division   for hearing and determination.

___X___  **ASSIGNMENT TO CIRCUIT JUDGE**
Case __ assigned  _X_ reassigned to Division 14  for hearing and determination.

_____  **CASE SET FOR HEARING**
Case set for hearing on _____ at _____.

So Ordered:

_Michael D. Burton_
Honorable Michael D. Burton
Presiding Judge

AMEMO   10/18

Exhibit A

In the

# CIRCUIT COURT
## Of St. Louis County, Missouri



**FILED
7/30/2020
JOAN M. GILMER
CIRCUIT CLERK
ST. LOUIS COUNTY**

MICHAEL CURIA
Plaintiff

July 30, 2020
Date

vs.

20SL-CC03552
Case Number

AMISURE INSURANCE COMPANY
Defendant

DIV14
Division

# CASE ASSIGNMENT MEMO

_____ **ASSIGNMENT TO ASSOCIATE CIRCUIT JUDGE**
Pursuant to Local Rule 6.1, case __ assigned __ reassigned to Division   for hearing and determination on the record under practices and procedures applicable before Circuit Judges; record to be made by electronic recording device.

_____ **POST CONVICTION RELIEF MOTION**
Pursuant to Local Rule 67.7, case  __ assigned   __ reassigned to Division   for hearing and determination.

___X___ **ASSIGNMENT TO CIRCUIT JUDGE**
Case __ assigned  _X_ reassigned to Division 14  for hearing and determination.

_____ **CASE SET FOR HEARING**
Case set for hearing on _____ at _____.

So Ordered:

_Michael D. Burton_
Honorable Michael D. Burton
Presiding Judge

AMEMO   10/18

Exhibit A

Electronically Filed - St Louis County - July 28, 2020 - 11:05 AM

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
STATE OF MISSOURI

Michael Curia,                           )
                                         )
     Plaintiff,                        )
                                         )        Cause No. 20SL-CC03552
v.                                       )
                                         )
Amerisure Insurance Company,             )
                                         )        PERSONAL INJURY
SERVE:  Chlora Lindley-Myers             )        JURY TRIAL DEMANDED
        Director of Insurance            )
        301 W. High Street, #530         )
        Jefferson City, Missouri  65101  )
                                         )
     Defendant.                        )

## REQUEST FOR ISSUANCE OF ALIAS SUMMONS

Plaintiff requests a Summons be issued for service upon Defendant Amerisure

Insurance Company:

SERVE:  Chlora Lindley-Myers
Director of Insurance
301 W. High Street, #530
Jefferson City, Missouri  65101

     PLAINTIFF REQUESTS THAT SUMMONS BE RETURNED TO ATTORNEY
FOR PLAINTIFF FOR FORWARDING TO THE SHERIFF OF COLE COUNTY FOR
SERVICE UPON DEFENDANT.

Respectfully submitted,
KOLKER & LABOVITZ

*/s/Scott L. Kolker*
SCOTT L. KOLKER, #44161
7700 Bonhomme, Ste. 350
Clayton, Missouri 63105
(314) 727-4529 Telephone
(314) 727-8529 Facsimile

**Exhibit A**



**IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI**

| Judge or Division:<br>JOSEPH SHOCKLEE DUEKER | Case Number:  20SL-CC03552 |
|---|---|
| Plaintiff/Petitioner:<br>MICHAEL CURIA | Plaintiff's/Petitioner's Attorney/Address<br>SCOTT LEE KOLKER<br>7700 BONHOMME<br>STE 350 |
| vs. | CLAYTON, MO  63105 |
| Defendant/Respondent:<br>AMISURE INSURANCE COMPANY | Court Address:<br>ST LOUIS COUNTY COURT BUILDING |
| Nature of Suit:<br>CC Pers Injury-Vehicular | 105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 |

(Date File Stamp)

## Summons in Civil Case

The State of Missouri to:   AMISURE INSURANCE COMPANY
                                          Alias:

**R/A CHLORA LINDLEY MYERS**
**301 W. HIGH STREET, ROOM 530**
**JEFFERSON CITY, MO  65101**



*COURT SEAL OF*

*ST. LOUIS COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.
    SPECIAL NEEDS:  If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

<u>30-JUL-2020</u>
Date                                                                           Clerk

Further Information:
GB

### Sheriff's or Server's Return

**Note to serving officer:**  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_____ (name) _____ (title).
☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____                    _____
Printed Name of Sheriff or Server                    Signature of Sheriff or Server
**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*      Subscribed and sworn to before me on _____ (date).

My commission expires: _____      _____
                                              Date                          Notary Public

**Exhibit A**

**Sheriff's Fees, if applicable**

| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

Exhibit A

**THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI**

Twenty First Judicial Circuit

**NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES**

<u>**Purpose of Notice**</u>

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place. This is often true even when the parties initially believe that settlement is not possible. A settlement reduces the expense and inconvenience of litigation. It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost. Often such services are most effective in reducing costs if used early in the course of a lawsuit. Your attorney can aid you in deciding whether and when such services would be helpful in your case.

<u>**Your Rights and Obligations in Court Are Not Affected By This Notice**</u>

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so. In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below. These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended. Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not. **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

<u>**Alternative Dispute Resolution Procedures**</u>

There are several procedures designed to help parties settle lawsuits. Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party. The services are provided by individuals and organizations who may charge a fee for this help. Some of the recognized alternative dispute resolutions procedures are:

**(1)** <u>**Advisory Arbitration:**</u> A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case. The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit. An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties. The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2)** <u>**Mediation:**</u> A process in which a neutral third party facilitates communication between the parties to promote settlement. An effective mediator may offer solutions that have not been considered by the parties or their lawyers. A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

Exhibit A

**(3) Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator.  The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions.  While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations.  The neutral third party may issue an advisory opinion regarding the merits of the case.  The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations.  A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed.  After the "trial", the jurors retire to deliberate and then deliver an advisory verdict.  The verdict then becomes the starting point for settlement negotiations among the parties.

## Selecting an Alternative Dispute Resolution Procedure and a Neutral

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral.  As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals.  The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list.  The Circuit Clerk also has Neutral Qualifications Forms on file.  These forms have been submitted by the neutrals on the list and provide information on their background and expertise.  They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105.  The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral.  The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73

Exhibit A

Electronically Filed - St Louis County - August 06, 2020 - 12:37 PM

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
STATE OF MISSOURI

Michael Curia,　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)
　　　　Plaintiff,　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)　　Cause No. 20SL-CC03552
v.　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)
Amerisure Insurance Company,　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)　　PERSONAL INJURY
SERVE:　Chlora Lindley-Myers　　　　　　)　　JURY TRIAL DEMANDED
　　　　　Director of Insurance　　　　　　)
　　　　　301 W. High Street, #530　　　　)
　　　　　Jefferson City, Missouri  65101　)
　　　　　　　　　　　　　　　　　　　　　　)
　　　　Defendant.　　　　　　　　　　　　　)

## REQUEST FOR ISSUANCE SUMMONS

Plaintiff requests a Summons be issued for service upon Defendant Amerisure

Insurance Company:

**Amerisure Insurance Company**
SERVE:  Chlora Lindley-Myers
Director of Insurance
301 W. High Street, #530
Jefferson City, Missouri  65101


PLAINTIFF REQUESTS THAT SUMMONS BE RETURNED TO ATTORNEY
FOR PLAINTIFF FOR FORWARDING TO THE SHERIFF OF COLE COUNTY FOR
SERVICE UPON DEFENDANT.

Respectfully submitted,
KOLKER & LABOVITZ

*/s/Scott L. Kolker*
SCOTT L. KOLKER, #44161
7700 Bonhomme, Ste. 350
Clayton, Missouri 63105
(314) 727-4529 Telephone
(314) 727-8529 Facsimile

{494894 / 110056}1

**Exhibit A**

Electronically Filed - St Louis County - August 06, 2020 - 12:37 PM

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
STATE OF MISSOURI

Michael Curia,                              )
                                            )
        Plaintiff,                          )
                                            )        Cause No. 20SL-CC03552
v.                                          )
                                            )
Amerisure Insurance Company,                )
                                            )        PERSONAL INJURY
SERVE:  Chlora Lindley-Myers               )        JURY TRIAL DEMANDED
        Director of Insurance               )
        301 W. High Street, #530            )
        Jefferson City, Missouri  65101     )
                                            )
        Defendant.                          )

**<u>FIRST AMENDED PETITION</u>**

Comes Now Plaintiff Michael Curia, by and through his attorneys, Scott L. Kolker

and Kolker & Labovitz, for his claim against Defendant, states as follows:

1.      At all times pertinent herein, westbound MO Highway 100, at or near its

intersection with Henry Avenue, was an open and public street and highway located in

the County of St. Louis, State of Missouri.

2.      On or about June 10, 2016, Plaintiff Michael Curia was operating his

vehicle westbound on Missouri Highway 100, at or near its intersection with Henry

Avenue, when his vehicle was negligently and violently crashed into from the rear by a

motor vehicle being then and there operated by Christopher Harms.

3.      Christopher Harms was negligent and failed to exercise the highest degree

of care in one or more of the following respects:

    a.      Christopher Harms drove at an excessive speed;

    b.      Christopher Harms knew or, by the use of the highest degree of
        care, could have known that there was a reasonable likelihood of
        collision in time thereafter to have stopped, or swerved, or slackened
        speed, or sounded a warning, or slackened speed and swerved, or
        slackened speed and sounded a warning, or swerved and sounded a
        warning, but the Christopher Harms failed to do so;

**Exhibit A**

Electronically Filed - St Louis County - August 06, 2020 - 12:37 PM

c.    Christopher Harms failed to keep a careful lookout;

d.    Christopher Harms was following the vehicle being operated by
      Plaintiff too closely;

e.    Christopher Harms vehicle collided with the rear of the vehicle being
      operated by Plaintiff.

4.    At all times pertinent herein, Defendant was an insurance company and
corporation with authority to sue and be sued.

5.    Defendant issued a policy or policies of insurance which covered Plaintiff
Michael Curia which were in full force and effect at the time of the occurrence mentioned
herein.

6.    At all pertinent times mentioned herein, Michael Curia was an insured
thereunder and said policy and motor vehicle liability insurance provided underinsured motorist
coverage to Plaintiff Michael Curia.

7.    Plaintiff Michael Curia settled his claim against Christopher Harms for the limits
of his automobile insurance policy but Michael Curia has incurred damages in excess of said
policy limits.

8.    Plaintiff Michael Curia has complied with all conditions precedent under the
above-referenced policy issued by Defendant.

9.    The negligence of Christopher Harms directly caused or directly contributed to
cause Plaintiff Michael Curia to sustain injuries to his back and neck including surgery; medical
and other health care related expenses have been incurred in the approximate amount of
$271,000.00 in connection with said injury and Plaintiff will in the future incur additional
medical care and services; all of the aforesaid injuries are permanent and progressive and greatly
interfere with Plaintiff Michael Curia's ability to do his work and duties and engage in this

**Exhibit A**

Electronically Filed - St Louis County - August 06, 2020 - 12:37 PM

employment and enjoy life and he has lost wages and earnings and in the future will lose wages and earnings, he has and will continue to suffer pain and discomfort.

     10.    Plaintiff Michael Curia is entitled to additional damages pursuant to Mo.Rev. Stat. §375.420 in that:

         a.    Plaintiff was insured under a policy of insurance with Defendant;

         b.    Defendant refused to pay Plaintiff his damages under said policy; and

         c.    Such refusal was without reasonable cause or excuse.

    WHEREFORE, Plaintiff Michael Curia prays judgment against Defendant for such sums as are fair and reasonable under the circumstances, in an amount in excess of the jurisdictional limits of all inferior trial courts, court costs expended herein, together with additional statutory damages and for such other relief as may be appropriate under the circumstances.

                    Respectfully submitted,

                    KOLKER & LABOVITZ

              By: ___/s/ Scott L. Kolker___
                    SCOTT L. KOLKER, #44161
                    7700 Bonhomme Avenue, Suite 350
                    Clayton, Missouri 63105
                    (314) 727-4529 Telephone
                    (314) 727-8529 Facsimile

                    Attorney for Plaintiff

Exhibit A



**IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI**

| | |
|---|---|
| Judge or Division:<br>KRISTINE A KERR | Case Number:  20SL-CC03552 |
| Plaintiff/Petitioner:<br>MICHAEL CURIA<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>SCOTT LEE KOLKER<br>7700 BONHOMME<br>STE 350<br>CLAYTON, MO  63105 |
| Defendant/Respondent:<br> Amerisure  INSURANCE COMPANY | Court Address:<br>ST LOUIS COUNTY COURT BUILDING |
| Nature of Suit:<br>CC Pers Injury-Vehicular | 105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 <span style="float:right">(Date File Stamp)</span> |

## Summons in Civil Case

The State of Missouri to:  **Amerisure  INSURANCE COMPANY**
 Alias:

**R/A CHLORA LINDLEY MYERS**
**301 W. HIGH STREET, ROOM 530**
**JEFFERSON CITY, MO  65101**

*COURT SEAL OF*



*ST. LOUIS COUNTY*

      You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.
      **SPECIAL NEEDS:  If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

<u>10-AUG-2020</u>
 Date

_____
 Clerk

 Further Information:

### Sheriff's or Server's Return

**Note to serving officer:**  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____     _____
    Printed Name of Sheriff or Server                            Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____     _____
                                  Date                                  Notary Public

**Sheriff's Fees, if applicable**

| | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary | | |
| Supplemental Surcharge | $_____10.00_____ | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| **Total** | $_____ | |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

Exhibit A

**THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI**

Twenty First Judicial Circuit


**NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES**


## Purpose of Notice

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place.  This is often true even when the parties initially believe that settlement is not possible.   A settlement reduces the expense and inconvenience of litigation.  It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost.  Often such services are most effective in reducing costs if used early in the course of a lawsuit.  Your attorney can aid you in deciding whether and when such services would be helpful in your case.

## Your Rights and Obligations in Court Are Not Affected By This Notice

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so.  In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below.   These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended.   Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not.  **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

## Alternative Dispute Resolution Procedures

There are several procedures designed to help parties settle lawsuits.  Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party.  The services are provided by individuals and organizations who may charge a fee for this help.  Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case.  The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit.  An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties.  The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement.  An effective mediator may offer solutions that have not been considered by the parties or their lawyers.  A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**Exhibit A**

**(3) Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator.  The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions.  While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations.  The neutral third party may issue an advisory opinion regarding the merits of the case.  The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations.  A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed.  After the "trial", the jurors retire to deliberate and then deliver an advisory verdict.  The verdict then becomes the starting point for settlement negotiations among the parties.

## Selecting an Alternative Dispute Resolution Procedure and a Neutral

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral.  As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals.  The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list.  The Circuit Clerk also has Neutral Qualifications Forms on file.  These forms have been submitted by the neutrals on the list and provide information on their background and expertise.  They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105.  The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral.  The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73

Exhibit A



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division: | Case Number: 20SL-CC03552 |
| --- | --- |
| JOSEPH SHOCKLEE DUEKER | |
| Plaintiff/Petitioner: | Plaintiff's/Petitioner's Attorney/Address |
| MICHAEL CURIA | SCOTT LEE KOLKER |
| | 7700 BONHOMME |
| | STE 350 |
| | CLAYTON, MO  63105 |
| vs. | Court Address: |
| Defendant/Respondent: | ST LOUIS COUNTY COURT BUILDING |
| AMISURE INSURANCE COMPANY | 105 SOUTH CENTRAL AVENUE |
| Nature of Suit: | CLAYTON, MO  63105 |
| CC Pers Injury-Vehicular | (Date File Stamp) |

FILED   RECEIVED
AUG 10 2020   JUL 15 2020
JOAN M. GILMER   COLE COUNTY
CIRCUIT CLERK, ST. LOUIS COUNTY   CLERK'S OFFICE

## Summons in Civil Case

The State of Missouri to:  AMISURE INSURANCE COMPANY
Alias:

R/A CHLORA LINDLEY MYERS
301 W. HIGH STREET, ROOM 530
JEFFERSON CITY, MO  65101

**COURT SEAL OF**



**ST. LOUIS COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

SPECIAL NEEDS:  If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

08-JUL-2020
_____
Date

_____
Clerk

Further Information:
MG

### Sheriff's or Server's Return

Note to serving officer:  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☒ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

Kim Landers (name) Designee (title).

☐ other _____

Served at 301 W High St Jefferson City mo 65101 (address)

in Cole (County/City of St. Louis), MO, on 07-20-2020 (date) at 9:40 Am (time).

Sheriff _____   By Dep. John Staskel 81
Printed Name of Sheriff or Server        Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:

(Seal)   Subscribed and sworn to before me on _____ (date).

My commission expires: _____   _____
                          Date              Notary Public

$04 80

**Exhibit A**

**Sheriff's Fees, if applicable**

| | |
|---|---|
| Summons | $ |
| Non Est | $ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $ 10.00 |
| Mileage | $ ( ___ miles @ $ ___ per mile) |
| Total | $ |

A copy of the summons and a copy of the petition must be served on each Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Exhibit A

Exhibit A

## THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI

Twenty First Judicial Circuit

## NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES

### Purpose of Notice

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place. This is often true even when the parties initially believe that settlement is not possible. A settlement reduces the expense and inconvenience of litigation. It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost. Often such services are most effective in reducing costs if used early in the course of a lawsuit. Your attorney can aid you in deciding whether and when such services would be helpful in your case.

### Your Rights and Obligations in Court Are Not Affected By This Notice

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so. In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below. These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended. Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not. **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

### Alternative Dispute Resolution Procedures

There are several procedures designed to help parties settle lawsuits. Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party. The services are provided by individuals and organizations who may charge a fee for this help. Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case. The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit. An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties. The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement. An effective mediator may offer solutions that have not been considered by the parties or their lawyers. A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

Exhibit A

**(3) Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator.  The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions.  While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations.  The neutral third party may issue an advisory opinion regarding the merits of the case.  The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non-binding, informal settlement process in which jurors hear abbreviated case presentations.  A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed.  After the "trial", the jurors retire to deliberate and then deliver an advisory verdict.  The verdict then becomes the starting point for settlement negotiations among the parties.

**Selecting an Alternative Dispute Resolution Procedure and a Neutral**

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral.  As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals.  The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list.  The Circuit Clerk also has Neutral Qualifications Forms on file.  These forms have been submitted by the neutrals on the list and provide information on their background and expertise.  They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave, 5th Floor, Clayton, Missouri 63105.  The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral.  The court cannot advise you on legal matters and can only provide you with the List and Forms.  You should ask your lawyer for further information.

OSCA (7-99) SM30 (SMCC) *For Court Use Only: Document ID# 20-SMCC-6102* 4   (Civil Procedure Form No. 1, Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

**Exhibit A**

Exhibit A

IN THE 21 JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | | |
|---|---|---|
| Judge or Division: KRISTINE A KERR | Case Number: 20SL-CC03552 | |
| Plaintiff/Petitioner: MICHAEL CURIA vs. | Plaintiff's/Petitioner's Attorney/Address SCOTT LEE KOLKER 7700 BONHOMME STE 350 CLAYTON, MO 63105 | RECEIVED AUG 18 2020 COLE COUNTY SHERIFF'S OFFICE |
| Defendant/Respondent: Amerisure INSURANCE COMPANY | Court Address: ST LOUIS COUNTY COURT BUILDING 105 SOUTH CENTRAL AVENUE CLAYTON, MO 63105 | |
| Nature of Suit: CC Pers Injury-Vehicular | | (Date File Stamp) |

## Summons in Civil Case

FILED SEP 15 2020 JOAN M. GILMER CIRCUIT CLERK, ST. LOUIS COUNTY

**The State of Missouri to: Amerisure INSURANCE COMPANY**
**Alias:**

**R/A CHLORA LINDLEY MYERS**
**301 W. HIGH STREET, ROOM 530**
**JEFFERSON CITY, MO 65101**

*COURT SEAL OF*

*ST. LOUIS COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

**10-AUG-2020**
**Date** — [signature] **Clerk**

**Further Information:**

**Sheriff's or Server's Return**

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with ______ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☒ (for service on a corporation) delivering a copy of the summons and a copy of the petition to Debra Lee (name) Designee (title).

☐ other ______.

Served at 301 W High St Jefferson City Mo 65101 (address)

in Cole (County/~~City of St. Louis~~), MO, on 08-19-2020 (date) at 9:15 AM (time).

Sheriff [signature] — Printed Name of Sheriff or Server

By Dep. John Stafel 81 — Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on ______ (date).

*(Seal)*

My commission expires: ______ Date ______ Notary Public

**Sheriff's Fees, if applicable**

| | |
|---|---|
| Summons | $ |
| Non Est | $ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $ 10.00 |
| Mileage | $ ( ____ miles @ $.____ per mile) |
| **Total** | $ |

5261 $30

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Exhibit A

**CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI**

Twenty First Judicial Circuit

## NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES

### Purpose of Notice

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place. This is often true even when the parties initially believe that settlement is not possible. A settlement reduces the expense and inconvenience of litigation. It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost. Often such services are most effective in reducing costs if used early in the course of a lawsuit. Your attorney can aid you in deciding whether and when such services would be helpful in your case.

### Your Rights and Obligations in Court Are Not Affected By This Notice

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so. In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below. These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended. Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not. **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

### Alternative Dispute Resolution Procedures

There are several procedures designed to help parties settle lawsuits. Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party. The services are provided by individuals and organizations who may charge a fee for this help. Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case. The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit. An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties. The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement. An effective mediator may offer solutions that have not been considered by the parties or their lawyers. A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

Exhibit A

**(3) Early Neutral** **ation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in t       ly pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator.   The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions.   While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations.   The neutral third party may issue an advisory opinion regarding the merits of the case.   The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations.   A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed.   After the "trial", the jurors retire to deliberate and then deliver an advisory verdict.   The verdict then becomes the starting point for settlement negotiations among the parties.

## Selecting an Alternative Dispute Resolution Procedure and a Neutral

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral.   As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals.   The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list.   The Circuit Clerk also has Neutral Qualifications Forms on file.   These forms have been submitted by the neutrals on the list and provide information on their background and expertise.   They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105.   The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral.   The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73

Exhibit A